JANUARY TERM, 1848. 71

John Doe, on Demise of Florentio Commyns, et al., *vs.* W. K. Latimor, &c.

DARIUS WILLIAMS AND JOHN A. CRAIG, *vs.* ELIZABETH MILLER.

Error to the Jefferson Circuit Court.

*Per Curiam* :—This case depends to a certain extent upon the same principles involved in the case of Darius Williams and John A. Craig *vs.* John C. McGehee, administrator, &c., of John Miller deceased, which has just now been decided. It was argued and submitted together with that case, and it was understood would share the same fate.

The judgment of the Court below is therefore affirmed.